UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMOTHY WEINER,

    Plaintiff,

v.                                          Case No: 8:16-cv-3412-T-36TGW

KIMBERLY CAMPBELL, JESSICA
WINGO, JEREMIAH WINGO, JEREMY
T. SIMONS, CHARLES HINTON and
ANGELA HOOGANEENE,

    Defendants.
_____/

# **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas G. Wilson on December 22, 2016 (Doc. 5). In the Report and Recommendation, Magistrate Judge Wilson recommends that Plaintiff's complaint (Doc. 1) be dismissed. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED AND ADJUDGED**:

    (1)    The Report and Recommendation of the Magistrate Judge (Doc. 5) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)   For the reasons set forth in the Report and Recommendation, Plaintiff's Complaint (Doc. 1) is dismissed.

(3)   The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Tampa, Florida on January 10, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas G. Wilson
Counsel of Record